THE STATE OF OHIO, APPELLEE, *v.* CLINGERMAN, APPELLANT.

[Cite as *State v. Clingerman,* 115 Ohio St.3d 374, 2007-Ohio-5236.]

(No. 2007–1053—Submitted August 14, 2007—Decided October 11, 2007.)

{¶ 1} This cause is before the court upon the certification of a conflict by the Court of Appeals for the Eleventh Appellate District. The court determines that the conflict has been resolved by our recent decision in *State v. Wilson,* 113 Ohio St.3d 382, 2007-Ohio-2202, 865 N.E.2d 1264.

{¶ 2} Because the court of appeals applied a criminal manifest-weight-of-the-evidence standard, the judgment of the court of appeals is reversed on the authority of *State v. Wilson,* and the cause is remanded to the court of appeals for application of the civil manifest-weight-of-the-evidence standard consistent with *State v. Wilson.*

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, and CUPP, JJ., concur.

LANZINGER, J., concurs in judgment only.

O'CONNOR, J., not participating.

Michael A. Partlow, for appellant.